428 A.2d 257

Commonwealth v. Ocasio, Appellant.

Argued March 18, 1980. William T. Cannon, for appellant; Andrew Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 257

Commonwealth v. Smith, Appellant.

Argued November 15, 1979. Timothy L. McNickle, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.